952 A.2d 1167

Kevin GREEN, Petitioner

v.

PA. BOARD OF PROBATION AND PAROLE, Respondent.

No. 165 EM 2007.

Supreme Court of Pennsylvania.

July 8, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Application for Relief is denied.

952 A.2d 1167

Robert ROYSTER, Petitioner

v.

DAVID DiGUGLIELMO, Respondent.

Supreme Court of Pennsylvania.

July 8, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Habeas Corpus and the Application for Immediate Hearing on Petition for Writ of Habeas Corpus are **DENIED.**